```
JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANDRES URQUIDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-200 WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE |
| v. | |
| ANDRES URQUIDEZ, | Judge: Hon. William B. Shubb |
| Defendant. | Date: January 28, 2013<br>Time: 9:30 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Justin Lee, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant ANDRES URQUIDEZ, that the Revocation Proceedings scheduled for January 28, 2013, be vacated and the matter continued at the request of the defense until February 19, 2013 at 9:30 a.m., for Dispositional Hearing.

The reason for the continuance is to allow for consideration of the recommendations to be submitted to the court with respect to disposition by the Probation Officer and by counsel.

/ / / /

/ / / /

The Speedy Trial Act is not implicated continuances in these post-conviction proceedings.

**IT IS SO STIPULATED.**

Date: January 22, 2013    BENJAMIN B. WAGNER
                          United States Attorney

                          /s/ *Justin Lee*
                          JUSTIN LEE
                          Assistant United States Attorney
                          Counsel for Plaintiff

Date: January 22, 2013    JOSEPH SCHLESINGER
                          Acting Federal Defender

                          /s/ *Jeffrey L. Staniels*
                          JEFFREY L. STANIELS
                          Assistant Federal Defender
                          Counsel for Defendant

                          ANDRES URQUIDEZ

**O R D E R**

The above stipulation of the parties is accepted. The Dispositional Hearing set for January 28, 2013, is VACATED. This case is ordered to be re-calendared on February 19, 2012 at 9:30 a.m., for Dispositional Hearing.

**IT IS SO ORDERED.**

By the Court,

Date: January 23, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE