HEATHER E. WILLIAMS, Bar #122664
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANDRES URQUIDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDRES URQUIDEZ,<br><br>        Defendant. | No. 2:09-cr-200 WBS<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING CASE<br><br>Judge: Hon. William B. Shubb<br>Date:  July 1, 2013<br>Time:  9:30 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Justin Lee, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant ANDRES URQUIDEZ, that the Revocation Proceedings scheduled for July 1, 2013, be vacated and the matter continued at the request of the defense until August 5, 2013, for Status Conference.

The reason for the continuance is to allow for investigation of circumstances and events involved in the current allegations and review and consideration of an anticipated superseding petition. The court is further advised that Assistant Federal Defender Angeles Zaragoza will be assuming responsibility for

this matter due to the retirement of Mr. Staniels.  The requested date has been agreed to by counsel and by the supervising probation officer, Toni Ortiz.

The Speedy Trial Act is not implicated by continuances in these post-conviction proceedings.

**IT IS SO STIPULATED.**

Date:  June 28, 2013   BENJAMIN B. WAGNER
                       United States Attorney


                        /s/ *Justin Lee*
                       JUSTIN LEE
                       Assistant United States Attorney
                       Counsel for Plaintiff


Date:  June 28, 2013   HEATHER E. WILLIAMS
                       Federal Defender


                        /s/ *Jeffrey L. Staniels*
                       JEFFREY L. STANIELS
                       Assistant Federal Defender
                       Counsel for Defendant
                       ANDRES URQUIDEZ

**O R D E R**

The above stipulation of the parties is accepted. The Proceedings set for July 1, 2013, are VACATED. This case is ordered to be re-calendared on August 5, 2012, for Status Conference.

**IT IS SO ORDERED.**

By the Court,

Date: June 28, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE